**Order entered February 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01753-CV

**TODD PRUETT, Appellant**

**V.**

**LISA CLAYTON, M.D., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14518**

## ORDER

Before the Court are appellant's (1) January 9, 2014 first motion for extension of time to pay for appeal; (2) January 9, 2014 second motion for extension of time to pay for appeal; (3) January 16, 2014 motion to extend time to file notice of appeal; and (4) January 30, 2014 affidavit of indigence. Appellee has not responded to any of the motions.

We **GRANT** appellant's January 16, 2014 motion to extend time to file notice of appeal. The notice of appeal filed December 23, 2013 is considered timely for jurisdictional purposes. We also **GRANT** appellant's January 9th second motion for extension of time to pay appeal and refer appellant's January 30th affidavit of indigence to the trial court. *See* TEX. R. APP. P. 20.1(h)(4). Under appellate rule 20.1(e), the clerk,

reporter, or any party may challenge the indigency claim by filing a contest with the trial court clerk. *See id.* 20.1(e). We **ORDER** any contests be filed no later than February 17, 2014 and the hearing on any contests be held no later than February 27, 2014. *See id.* 20.1(e),(i). We further **ORDER** Dallas County District Clerk Gary Fitzsimmons to file, no later than March 4, 2014, either (1) a supplemental clerk's record containing a copy of any contests and any order on the contests or (2) written verification that no contests were filed. We **DENY** as moot appellant's January 9th first motion for extension of time to pay for appeal.

We **DIRECT** the Clerk of the Court to send copies of this order by (1) electronic transmission to the Honorable Carl Ginsberg, Presiding Judge of the 193rd Judicial District Court; Stephanie Moses, Official Court Reporter of the 193rd Judicial District Court; Mr. Fitzsimmons; and, counsel for appellee; and (2) regular mail to appellant at his last known mailing address.


/s/    ELIZABETH LANG-MIERS
         JUSTICE